November 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION,
Appellant

NO. 14-14-00825-CV                  V.

ELIO ARCE, ROBERT BURCHFIELD, DOROTHY BURCHFIELD, JUAN
ORTIZ, LUXCIOLA ORTIZ, ALMA JEAN DOOLING, DONNA EBELT,
CYNTHIA FOSS, DAVID FOSS, KATHRYN KERR HIX, RENE LOERA,
ADOLFO LONG, KELLY McCLOUD, CHARLOTTE McMILLAN,
MARICELA MENDEZ, MARTIN MENDEZ, INEZ M. NORMAN, AND OLGA
SANCHEZ, Appellees

_____

This cause, an appeal from the purported oral grant of appellees' motions to dismiss under the Texas Citizens Participation Act (TCPA), on September 15, 2014, was heard on the transcript of the record. The motions were denied by operation of law on October 16, 2014. Appellant has moved to dismiss the appeal in the event the motions to dismiss were denied by operation of law. Accordingly, we grant appellant's motion. The appeal is **DISMISSED**.

We order appellees, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.